UNITED STATES of America,
Plaintiff—Appellee,

v.

Juan Manuel OROSCO–CORTEZ,
Defendant—Appellant.

No. 06–50270.

United States Court of Appeals,
Ninth Circuit.

Submitted Jan. 14, 2008.*

Filed Jan. 18, 2008.

Becky S. Walker, Esq., Sarah J. Heidel, Esq., USLA—Office of the U.S. Attorney, Criminal Division, Los Angeles, CA, for Plaintiff–Appellee.

Verna J. Wefald, Esq., Attorney at Law, Pasadena, CA, for Defendant–Appellant.

Before: HALL, O'SCANNLAIN, and PAEZ, Circuit Judges.

MEMORANDUM **

Juan Manuel Orosco–Cortez appeals from the 95–month sentence imposed following his guilty-plea conviction for illegal reentry following deportation, in violation of 8 U.S.C. § 1326. We have jurisdiction under 28 U.S.C. § 1291, and we affirm, but remand to correct the judgment.

Orosco–Cortez contends that the district court erred by failing to recognize that it had authority to depart downwards under U.S.S.G. § 5K2.11, or based upon the totality of the circumstances. However, we have stated that the district court need not "calculate what departure[s] would be allowable under the old mandatory [Guidelines] scheme." *See United States v. Mohamed,* 459 F.3d 979, 986 (9th Cir.2006). The record reflects that the district court properly considered Orosco–Cortez's departure-related contentions within the context of its analysis of the factors set forth in 18 U.S.C. § 3553(a). *See id.* at 986–87.

We remand to the district court with instructions to correct the reference in the judgment to "8 U.S.C. § 1326(a), (b)(2)." *See United States v. Herrera–Blanco,* 232 F.3d 715, 719 (9th Cir.2000) (remanding sua sponte to delete the reference to § 1326(b)).

**AFFIRMED; REMANDED** to correct judgment.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.